**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1999**

———————

VERONICA BUNCH,

Plaintiff - Appellant,

versus

THOMAS E. WHITE, SECRETARY, UNITED STATES
DEPARTMENT OF THE ARMY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (CA-01-697-A)

———————

Submitted: February 4, 2002       Decided: February 21, 2002

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Veronica Bunch, Appellant Pro Se. Mark David Maxwell, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Veronica Bunch appeals from the district court's order dismissing her action for breach of a voluntary settlement agreement as time-barred. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bunch v. White</u>, No. CA-01-697-A (E.D. Va. Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>